IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC MAGALL CRISWELL, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:18CV00016-SWW |
| | * | |
| REED MILLER, Booking, | * | |
| Faulkner County Jail, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 18th day of January, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE